# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HENRY ANTHONY WASHINGTON BROWN,

    Plaintiff,

v.                                      CASE NO.  4:21cv203-RH-MAF

TALLAHASSEE POLICE DEPARTMENT,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on August 6, 2021.

                                      s/Robert L. Hinkle
                                      United States District Judge